■ AMERICAN TELEVISION SYNDICATION COMPANY, INC., Respondent, v LA MARCA GROUP, INC., et al., Appellants. (And a Third-Party Action.) — Motion for leave to appeal to the Court of Appeals is likewise treated as a motion for reargument, and upon reargument the order of this court entered on June 9, 1983 (95 AD2d 987) is vacated, and a new order substituted therefor accompanied by a memorandum decision (see below), and leave to appeal to the Court of Appeals is denied. Order, Supreme Court, New York County (Clifford Scott, J.), entered November 13, 1982, which granted La Marca's motion for default judgment to the extent of permitting O'Daly to serve an answer within 10 days after service of that order unanimously modified, on the law, on the facts, and in the exercise of discretion, by also permitting O'Daly to serve a reply within that 10-day period, and as modified, affirmed, without costs. In order to open a default, a party must show merit to his defense and a reasonable excuse for the delay. (*Barasch v Micucci,* 49 NY2d 594, 599.) Additional defendant and third-party defendant O'Daly has demonstrated merit to his case by, *inter alia,* averring that he acted in his corporate rather than in his individual capacity in his dealings with La Marca Group, Inc. O'Daly's excuse for the default is both reasonable and acceptable. He erroneously believed that the reply of American Television Syndication Company, Inc., would and could constitute his answer to the third-party claim and his reply to the counterclaims. Orderly procedure requires O'Daly to serve his own answer and reply. Concur — Murphy, P. J., Ross, Asch, Kassal and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BENTHALL, Appellant. — Motion granted only to the extent of modifying the prior order and the accompanying memorandum decision entered on May 24, 1983 (94 AD2d 678) by deleting from the last paragraph of both said order and memorandum decision the words "further proceedings", and substituting therefor the words "a hearing." Concur — Murphy, P. J., Kupferman, Fein, Kassal and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PRESSLEY, Appellant. — Motion granted to the extent of amending the resettled order of this court entered on July 7, 1983 and the accompanying opinion (93 AD2d 665) by adding the following final sentence: "The respondent may, if so advised, resubmit this matter to the Grand Jury." The motion, insofar as it seeks an order directing that appellant be held in remand status is denied. Concur — Kupferman, J. P., Asch, Silverman, Milonas and Kassal, JJ.

■ In the Matter of FLOYD J. KOPS, an Attorney. — Determination of petition held in abeyance pending a prompt hearing pursuant to section 603.3 of the Rules of the Appellate Division, First Department (22 NYCRR) to be held under the auspices of petitioner, and respondent suspended from practice as an attorney and counselor at law in the State of New York, effective the date hereof, and until the further order of this court. Concur — Murphy, P. J., Kupferman, Ross, Kassal and Alexander, JJ.